| ✱PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* SACR17-00066-JVS |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* CR20 00057 LHK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Central District of California | DIVISION Southern |
|---|---|---|
| Mr. Timothy McDonald | NAME OF SENTENCING JUDGE James V. Selna | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 10, 2019 — TO December 9, 2022 |

**OFFENSE**
Money Laundering in violation of Title 18 U.S.C. § 1956(a)(1)(A)(i), as charged in Counts 1 and 2 of the Indictment

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressl consents that the eriod of robation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 3, 2020
Date

*[signature: James V. Selna]*
United States District Judge

FILED
FEB 07 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

\*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

February 7, 2020
Effective Date

*[signature: Lucy H. Koh]*
United States District Judge